DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN MARKS,**
Appellant,

v.

**LAWRENCE MARKS, MICHAEL CATALANO,** and **VITAS HEALTHCARE CORP. of FLORIDA, INC.,**
Appellees.

No. 4D22-221

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE-20-014254.

Stephen Marks, Tamarac, pro se.

Colin Tillinghast Hayes, Assistant General Counsel, Broward County Sheriff's Office, Fort Lauderdale, for appellee Michael Catalano.

Stephen C. Jimenez of Green, Matzner & Kellner, P.A., Boca Raton, for appellee Lawrence Marks.

No appearance for appellee Vitas Healthcare Corp. of Florida, Inc.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***